**Ricky G. WALBOURN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48767.**

Missouri Court of Appeals,
Western District.

May 17, 1994.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and KENNEDY and ULRICH, JJ.

*ORDER*

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Affirmed.   Rule 84.16(b).